**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| AMERICAN EXPRESS BANK, FSB, | : | No. 567 MAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ROBERT MCGINTY A/K/A ROBERT B. | : | |
| MCGINTY, | : | |
| | : | |
| Petitioner | : | |

**<u>ORDER</u>**

**PER CURIAM**

**AND NOW**, this 21st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.